UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**ELIOT PAUL GOULD,**

      **Plaintiff,**

vs.                                                                                          Civ. No. 08-0505 MV/DJS

**JOSEPH CAMPBELL,** *et al.***,**

      **Defendants.**

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Plaintiff's Motion for Order to Designate Santiago E. Campos Federal Building for the Conduct of Hearings, filed May 27, 2008, **[Doc. No. 7]**. Defendants, who have not yet appeared in this action, did not file a response to this motion. In his motion, Plaintiff seeks an order requiring all hearings in this case to be held in Santa Fe. While the Court sits primarily in Santa Fe, there are times when the Court needs to hold hearings in other locations due to the demands of the Court's schedule or the convenience of the parties. For this reason, the Court will not enter an order requiring that all hearings in this case be held in Santa Fe.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Order to Designate Santiago E. Campos Federal Building for the Conduct of Hearings, filed May 27, 2008, **[Doc. No. 7]**, is **DENIED**.

DATED this 11th day of June, 2008.

_____
MARTHA VÁZQUEZ
Chief District Court Judge