UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**ELIOT PAUL GOULD,**

      **Plaintiff,**

vs.                                                     Civ. No. 08-0505 MV/DJS

**JOSEPH CAMPBELL,** *et al.***,**

      **Defendants.**

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Plaintiff's handwritten letter seeking to have the Clerk of the Court provide a transcript of a public service announcement made by the Honorable Martha Vazquez regarding citizenship and jury summons. Because the letter referenced this case, it was docketed as a motion. Defendants, who have not yet appeared in this action, have not filed a response to this motion. The Court has made several public service announcements as well as provided interviews on the topics of jury service and citizenship. These announcements and interviews are recorded live and the Court does not have a transcript of any of these broadcasts.

**IT IS THEREFORE ORDERED** that Plaintiff's motion seeking to have the Clerk of the Court provide a transcript of a public service announcement made by the Honorable Martha Vazquez regarding citizenship and jury summons, filed May 29, 2008, **[Doc. No. 9]**, is **DENIED**.

DATED this 11th day of June, 2008.

_____
MARTHA VAZQUEZ
Chief District Court Judge