IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIOT P. GOULD, CITIZENS COMMITTEE
FOR ELIOT GOULD, FIRST JUDICIAL ATTORNEY,

    Plaintiffs,

vs.        No. CIV 08-505 JB/DJS

GOVERNOR BILL RICHARDSON,
JOSEPH E. CAMPBELL,
MARY HERRERA (SECRETARY OF STATE),

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) Defendant Mary Herrera's Motion to Dismiss, filed June 13, 2008 (Doc. 15); and (ii) Bill Richardson's Notice of Adoption by Reference of "Defendant Mary Herrera's Motion to Dismiss," filed August 1, 2008 (Doc. 24). The Court, having granted Defendant Mary Herrera's motion to dismiss, in which Defendant Bill Richardson joined, and having determined that there is no sound reason to not dismiss the claims against Defendant Joseph E. Campbell as well, see Order, entered March 31, 2009 (Doc. 87), finds that Final Judgment should and will be entered in favor of the Defendants and against the Plaintiff, Eliot P. Gould, on all claims. This Final Judgment adjudicates all existing claims and liabilities of the parties.

**IT IS HEREBY ORDERED** that Final Judgment is entered in favor of Defendants Bill Richardson, Mary Herrera, and Joseph E. Campbell, and against Plaintiff Eliot P. Gould on all claims. All claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Parties and Counsel*:

Eliot Paul Gould
Santa Fe, New Mexico

    *Plaintiff pro se*

Gary King
  Attorney General of New Mexico
Scott Fuqua
Matthew Jackson
  Assistant Attorneys General
Santa Fe, New Mexico

    *Attorneys for Gary King, Patrick McCauliffe, Defendant Mary Herrera, Secretary of State, Kelli Fulgenzi, The Honorable Daniel Sanchez, and The Honorable James A. Hall*

Luis E. Robles
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant Governor Bill Richardson, The Honorable Edward L. Chavez, and Kathleen Jo Gibson*

Joseph Campbell
Santa Fe, New Mexico

    *Defendant pro se*